## Exhibit 4 – Infringement of U.S. Patent No. 9,144,751 (Page 1 of 5)

Beginning in 2018, Defendant Coastal Harvest has used one or more ExtractionTek Solution's Modular Extraction Platform 30 ("MeP 30") extractors for cannabis extraction at its Cathedral City facility. (*See* https://Defendantco.com/wp-content/uploads/2021/01/Q4-2018-MDA.pdf, at pp. 11-12.)  Defendant's use of MeP 30 extractors without authority directly infringes one or more claims of U.S. Patent No. 9,144,751 pursuant to 35 U.S.C. § 271(a).  For example, the chart below describes how elements of the MeP 30 extractor infringe system claim 13 of the '751 patent.[1]

| **Claim Limitation** | **Infringing Element** |
|---|---|
| 13. A system for extracting solute from a source material, the system comprising: | The MeP 30 is a system for extracting solute from a source material. Specifically, it is a system for extracting cannabinoids, terpenes, and/or other desired solutes from cannabis plant material. |

---

[1] Gene Pool has yet to receive information relevant to the infringement allegations contained within this claim chart including, without limitation, discovery on Defendant's infringing activities as well as Defendant's positions, if any, on alleged defenses to infringement.  Therefore, Gene Pool reserves the right to modify or expand on the infringement positions presented in this claim chart, including the right to modify Gene Pool's positions on the meaning of relevant claim terms and how claim limitations read onto Defendant's use of infringing products or processes.

# Exhibit 4 – Infringement of U.S. Patent No. 9,144,751 (Page 2 of 5)

| Claim Limitation | Infringing Element | |
|---|---|---|
| a solvent source container configured to store a solvent; | When used, the MeP 30 is attached to a solvent holding tank, which is a "source container configured to store a solvent" under the claim. Specifically, the MeP 30 will be attached to a pressurized cannister containing liquid-phase propane, butane, or a propane/butane blend. | |
| a canister detachably connected in fluid communication with the solvent source container and configured to store the source material in its interior, | The MeP 30 has three jacketed extraction vessels, each of which is a "canister" for purposes of this claim. Looking at one of these canisters, the canister is configured to store the source material (i.e., cannabis plant material) in its interior. The canister is in fluid communication with the solvent source container. The canister is detachably connected from fluid communication with the solvent source container at various detachable connections along the fluid pathway. | Detachable Connections<br><br>Canister |

**Exhibit 4 – Infringement of U.S. Patent No. 9,144,751 (Page 3 of 5)**

| Claim Limitation | Infringing Element | |
|---|---|---|
| the canister configured to receive solvent from the solvent source container in its interior to produce an extract solution including the solvent and the solute extracted from the source material; | The MeP 30 canister is configured to receive solvent from the solvent source container. This solvent enters the interior of the canister to produce an extract solution including the solvent and the solute (i.e., cannabinoids, terpenes, and/or other desired compounds) extracted from the cannabis source material. | *[Image of MeP 30 apparatus with "Canister" labeled]* |
| an extract container in fluid communication with the canister, the extract container being configured to receive the extract solution from the canister; | The MeP 30 has an extract container configured to receive the extract solution from the canister. The extract container is in fluid communication with the canister through a series of hoses and a raw-extract manifold that runs behind the canisters and extract container. | *[Image of MeP 30 apparatus with "Fluid Communication", "Extract Container", "Canister", and "Fluid Communication" labeled]* |

| Claim Limitation | Infringing Element | |
|---|---|---|
| an extract container heating element thermally coupled with the extract container, the heating element configured to heat the extract solution received in the extract container to a distilling temperature, | In the MeP 30, the extract container has heat jacket that acts as a heating element thermally coupled with the extract container. This heating element is configured to heat the extract solution received in the extract container to a distilling temperature. | |
| the distilling temperature being greater than or equal to a boiling point of the solvent and below a boiling point of the solute to produce a post-extraction portion of the solvent in the extract container; and | In the MeP 30, the heating element heats the extract solution in the extract container to a distilling temperature that is greater than or equal to a boiling point of the solvent. This distilling temperature is below the boiling point of the solute. This will produce a post-extraction portion of the solvent in the extract container. | |

## Exhibit 4 – Infringement of U.S. Patent No. 9,144,751 (Page 5 of 5)

| Claim Limitation | Infringing Element |
|---|---|
| a canister interface configured to removably support the canister in fluid communication with the solvent source container and the extract container and configured to detachably support a supplemental canister in fluid communication with the solvent source container and extract container. | The MeP 30 has a system of hoses, manifolds, and other components that acts as a canister interface configured to removably support the canister in fluid communication with the solvent source container and the extract container. The MeP 30 canister interface is also configured to detachably support a supplemental canister in fluid communication with the solvent source container and extract container. |