**Exhibit 5 – Infringement of U.S. Patent No. 9,145,532 (Page 1 of 5)**

Beginning in 2018, Defendant Coastal Harvest has used one or more ExtractionTek Solution's Modular Extraction Platform 30 ("MeP 30") extractors for cannabis extraction at its Cathedral City facility.  (*See* https://Defendantco.com/wp-content/uploads/2021/01/Q4-2018-MDA.pdf, at pp. 11-12.)  Defendant's use of MeP 30 extractors without authority directly infringes one or more claims of U.S. Patent No. 9,145,532 pursuant to 35 U.S.C. § 271(a).  For example, the chart below describes how Defendant's use of the MeP 30 extractor for cannabis extraction infringes method claims 14 and 15 of the '532 patent.[1]

| **Claim Limitation** | **Infringing Element** | |
|---|---|---|
| 14. A method for extracting solute from a source material, the method comprising: exposing the source material in a canister to a liquid solvent for a predetermined period of time to create an extract mixture having the solute in solution with the liquid solvent; | Defendant uses MeP 30 extractors to perform an extraction process.  This process is a method for extracting desired solutes (e.g., cannabinoids, terpenes, etc.) from a source material (e.g., cannabis plant material).  This method involves Defendant placing the cannabis source material in a canister and then exposing this source material to a liquid solvent for a predetermined period of time.  This creates an extract mixture having the solute in solution with the liquid solvent. | Canister → |

---

[1] Gene Pool has yet to receive information relevant to the infringement allegations contained within this claim chart including, without limitation, discovery on Defendant's infringing activities as well as Defendant's positions, if any, on alleged defenses to infringement.  Therefore, Gene Pool reserves the right to modify or expand on the infringement positions presented in this claim chart, including the right to modify Gene Pool's positions on the meaning of relevant claim terms and how claim limitations read onto Defendant's use of infringing products or processes.

**Exhibit 5 – Infringement of U.S. Patent No. 9,145,532 (Page 2 of 5)**

| Claim Limitation | Infringing Element | |
|---|---|---|
| communicating the extract mixture to an extract container, the extract container in fluid communication with the canister; | The MeP 30 canister is in fluid communication with an extract container. During its extraction process, Defendant performs the infringing step of communicating the extract mixture from the canister to the extract container. | (Image: labeled photograph showing Fluid Communication, Extract Container, Canister, Fluid Communication) |
| separating the solute from the extract mixture to define an evaporated solvent by, heating the extract container to evaporate the liquid solvent; | During its extraction process, Defendant performs the infringing step of heating the MeP 30 extract container using a heating element. This heating evaporates the liquid solvent thereby separating the solute from the extract mixture to define an evaporated solvent. | (Image: labeled photograph showing Extract Container, Heating Element) |

# Exhibit 5 – Infringement of U.S. Patent No. 9,145,532 (Page 3 of 5)

| Claim Limitation | Infringing Element |
|---|---|
| cooling the evaporated solvent to a temperature below the boiling point of the solvent to define a recycled liquid solvent prior to collecting the recycled liquid solvent in the solvent collection container; and | During its extraction process, Defendant performs the infringing step of cooling the evaporated solvent to a temperature below the boiling point of the solvent using the MeP 30's built-in sub-cool injection coil and an attached chiller.  This cooling defines a recycled liquid solvent.  Defendant performs this step prior to collecting the recycled liquid solvent in a solvent collection container. |
| collecting the recycled liquid solvent in a solvent collection container in fluid communication with the extract container, the recycled liquid solvent being stored in the solvent collection container as a liquid. | During its extraction process, Defendant performs the infringing step of collecting the recycled liquid solvent in a solvent collection container in fluid communication with the extract container.  Defendant also stores this recycled liquid solvent in the solvent collection container as a liquid. |

**Exhibit 5 – Infringement of U.S. Patent No. 9,145,532 (Page 4 of 5)**

| Claim Limitation | Infringing Element | |
|---|---|---|
| 15. The method of claim 14, wherein: separating liquid solvent from the extract mixture comprises receiving the evaporated solvent through a container output opening positioned above the solute contained in the extract container; and | When Defendant uses the MeP 30 to perform the infringing step of separating liquid solvent from the extract mixture, Defendant is also performing the infringing step of receiving the evaporated solvent through a container output opening positioned above the solute contained in the extract container. | *[Image: MeP 30 extraction apparatus with "Extract Container" labeled and highlighted in blue, and "Container Output Openings" labeled and highlighted in red at the top of the container.]* |
| collecting the recycled liquid solvent comprises: directing the evaporated solvent through a solvent collection line; and | When Defendant uses the MeP 30 to perform the infringing step of collecting the recycled liquid solvent, Defendant is also performing the infringing step of directing the evaporated solvent through one or more solvent collection lines. | *[Image: MeP 30 extraction apparatus with "Solvent Collection Lines" labeled, highlighting the red tubing/lines running across the apparatus.]* |

| Claim Limitation | Infringing Element |
|---|---|
| engaging, thermally, the evaporated solvent to a coolant along at least a portion of the solvent collection line. | When Defendant uses the MeP 30 to perform the infringing step of collecting the recycled liquid solvent, Defendant is also performing the infringing step of engaging, thermally, the evaporated solvent to a coolant along at least a portion of the solvent collection line. Namely, the MeP 30 has a sub-cool injection coil on the solvent line that is connected during operation to a chiller that flows coolant through the injection coil in order to cool the evaporated solvent. |