## Exhibit 6 – Infringement of U.S. Patent No. 9,587,203 (Page 1 of 5)

Beginning in 2018, Defendant Coastal Harvest has used one or more ExtractionTek Solution's Modular Extraction Platform 30 ("MeP 30") extractors for cannabis extraction at its Cathedral City facility.  (*See* https://Defendantco.com/wp-content/uploads/2021/01/Q4-2018-MDA.pdf, at pp. 11-12.)  Defendant's use of MeP 30 extractors without authority directly infringes one or more claims of U.S. Patent No. 9,587,203 pursuant to 35 U.S.C. § 271(a).  For example, the chart below describes how Defendant's use of the MeP 30 extractor for cannabis extraction infringes method claims 1, 9, and 10 of the '203 patent. [1]

| Claim Limitation | Infringing Element |
|---|---|
| 1. A method for extracting solute from a source material, the method comprising: depositing the source material having a solute in a canister; | Defendant uses MeP 30 extractors to perform an extraction process.  This process is a method for extracting desired solutes (e.g., cannabinoids, terpenes, etc.) from a source material (e.g., cannabis plant material).  During this extraction process, Defendant performs the infringing step of depositing the cannabis source material having desired solutes in a canister. |

---

[1] Gene Pool has yet to receive information relevant to the infringement allegations contained within this claim chart including, without limitation, discovery on Defendant's infringing activities as well as Defendant's positions, if any, on alleged defenses to infringement.  Therefore, Gene Pool reserves the right to modify or expand on the infringement positions presented in this claim chart, including the right to modify Gene Pool's positions on the meaning of relevant claim terms and how claim limitations read onto Defendant's use of infringing products or processes.

| Claim Limitation | Infringing Element | |
|---|---|---|
| introducing a solvent into the canister; exposing the source material to the solvent to create an extract mixture having the solute in solution with the solvent; | During its extraction process, Defendant performs the infringing step of introducing a solvent into the MeP 30 canister. This exposes the source material to the solvent to create an extract mixture having the solute in solution with the solvent. | |
| fluidly communicating the extract mixture to one or more extract containers, the one or more extract containers being in fluid communication with the canister; | During its extraction process, Defendant performs the infringing step of fluidly communicating the extract mixture to an extract containers of the MeP 30. This extract container is in fluid communication with the canister. | |

# Exhibit 6 – Infringement of U.S. Patent No. 9,587,203 (Page 3 of 5)

| Claim Limitation | Infringing Element | |
|---|---|---|
| separating the solute from the extract mixture to define a recycled solvent by heating the one or more extract containers to evaporate the recycled solvent; | During its extraction process, Defendant performs the infringing step of heating the extract container using a heating element. This separates solute from the extract mixture by evaporating the solvent. The evaporated solvent defines a recycled solvent. | *(image: extraction system with labeled "Extract Container" and "Heating Element")* |
| collecting the recycled solvent in a solvent collection container in fluid communication with the one or more extract containers; | During its extraction process, Defendant performs the infringing step of collecting the recycled solvent in a solvent collection container. This solvent collection container is in fluid communication with the MeP 30 extract container. | |

**Exhibit 6 – Infringement of U.S. Patent No. 9,587,203 (Page 4 of 5)**

| Claim Limitation | Infringing Element | |
|---|---|---|
| and cooling the recycled solvent within the solvent collection container. | During its extraction process, Defendant performs the infringing step of cooling the recycled solvent within the solvent collection container. The MeP 30 includes a sub-cool injection coil that in conjunction with an attached chiller cools recycled solvent at part of the solvent collection container system. | |
| 9. The method for extracting solute from a source material of claim 1, wherein the solvent storage container further comprises a cooling mechanism coupled to the solvent storage container for cooling the recycled solvent. | When performing the infringing step of cooling the recycled solvent within the solvent collection container in claim 1, Defendant uses a cooling mechanism (i.e., the injection coil and chiller) coupled to the solvent storage container (i.e., the solvent collection container). | |

**Exhibit 6 – Infringement of U.S. Patent No. 9,587,203 (Page 5 of 5)**

| Claim Limitation | Infringing Element | |
|---|---|---|
| 10. The method for extracting solute from a source material of claim 9, wherein the cooling mechanism comprises a coiled freezing tube fluidly coupled to a compressor pump and configured to receive a coolant. | When performing the infringing recycled solvent cooling steps of claims 1 and 9, Defendant uses a cooling mechanism that comprises a coiled freezing tube (the sub-cool injection coil) fluidly coupled to a compressor pump and configured to receive a coolant (from the chiller). | (Annotated image showing equipment with "Sub-Cool Injection Coil" labeled at top and "Compressor Pump" labeled at bottom) |