SPEARHEAD LEGAL LLP
Ryan R. Owens (Bar No. 269370)
ryan.owens@spearheadlegal.com
Kristopher M. Dawes (Bar No. 261170)
kris.dawes@spearheadlegal.com
Andrew J. Fossum (Bar No. 250373)
andrew.fossum@spearheadlegal.com
620 Newport Center Dr., Suite 1100
Newport Beach, CA 92660
Telephone: (949) 409-8401
Facsimile: (949) 336-3830

Attorneys for Plaintiff,
GENE POOL TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| GENE POOL TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>COASTAL HARVEST, LLC,<br><br>Defendant. | Case No. 5:21-cv-01328-JWH(SHKx) |
| COASTAL HARVEST, LLC<br><br>Counterclaimant,<br><br>v.<br><br>GENE POOL TECHNOLOGIES, INC.,<br><br>Counterdefendant. | **GENE POOL'S ANSWER TO COASTAL HARVEST'S COUNTERCLAIMS** |

Plaintiff Gene Pool Technologies, Inc. ("Plaintiff" or "Gene Pool") hereby answer and responds to the Counterclaims brought by Coastal Harvest, LLC ("Defendant" or "Coastal Harvest").

**NATURE OF THE ACTION**

1. Admitted.

**THE PARTIES**

2. Admitted.

3. Admitted.

**JURISDICTION AND VENUE**

4. Admitted.

5. Admitted.

6. Admitted.

**GENERAL ALLEGATIONS**

7. Admitted.

8. Denied.

9. Admitted.

10. Denied.

11. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

12. Admitted.

13. Admitted

14. Denied.

15. Admitted.

16. Admitted.

17. Denied.

18. Admitted.

19. Gene Pool admits that inventor Samuel Decker's name is misspelled on the face of the '203 patent as "Samual Decker." Gene Pool denies any other allegation of this paragraph.

20. Gene Pool admits that it has an assignment from inventor Samuel Decker rather than an assignment from non-existent "Samual Decker." Gene Pool denies any other allegation of this paragraph.

21. Gene Pool denies that this is a complete and accurate statement of the law of "necessary parties" and denies that this statement of the law applies to the facts of this case.

22. Gene Pool denies that the non-existent "Samual Decker" is a necessary party to this action.

23. Denied.

24. Admitted.

25. Denied.

**FIRST CAUSE OF ACTION**

**Alleged Infringement of the '203 Patent**

26. Gene Pool repeats and realleges each and every response to the allegations of the preceding paragraphs as though fully set forth herein.

27. Admitted.

28. Gene Pool admits that its Complaint details Coastal Harvest's infringement of exemplary claim 13 of the '751 patent. Gene Pool denies any other allegation of this paragraph.

29. Gene Pool admits that its Complaint details Coastal Harvest's infringement of the '751 patent through its use of ExtractionTek's MeP 30 system. Gene Pool denies any other allegation of this paragraph.

30. Admitted.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Gene Pool admits that Paragraph 19 of its Complaint conditionally asserts the doctrine of equivalents with respect to the '751 patent. Gene Pool denies any other allegation of this paragraph.

39. Admitted.

40. Gene Pool admits that the quoted language was added during prosecution to claim 12 of the application that matured into the '751 patent. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

41. Gene Pool admits that the quoted language was added during prosecution to claim 12 of the application that matured into the '751 patent. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

42. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

43. Admitted.

44. Denied.

## SECOND CAUSE OF ACTION

### Declaratory Judgment of Invalidity of the '751 Patent

45. Gene Pool repeats and realleges each and every response to the allegations of the preceding paragraphs as though fully set forth herein.

46. Admitted.

47. Admitted.

48. Gene Pool admits that the ’303 application was filed before the application that issued as the ’751 patent. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

49. Admitted.

50. Admitted.

51. Gene Pool admits that the ’303 application does not appear on the list of references considered by the Examiner. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

52. Admitted.

53. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

54. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

55. Gene Pool admits this paragraph reproduces a highlighted version of Figure 1 of the ’303 application. Gene Pool denies any other allegation of this paragraph.

56. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

57. Gene Pool admits this paragraph reproduces a highlighted version of Figure 1 of the ’303 application. Gene Pool denies any other allegation of this paragraph.

58. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

59. Gene Pool admits this paragraph reproduces a highlighted version of Figure 1 of the ’303 application. Gene Pool denies any other allegation of this paragraph.

60. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

61. Gene Pool admits this paragraph reproduces a highlighted version of Figure 1 of the ’303 application. Gene Pool denies any other allegation of this paragraph.

62. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

63. Gene Pool admits this paragraph reproduces a highlighted version of Figure 1 of the ’303 application. Gene Pool denies any other allegation of this paragraph.

64. Gene Pool admits this paragraph reproduces a highlighted version of Figure 2 of the ’303 application. Gene Pool denies any other allegation of this paragraph.

65. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

66. Admitted.

67. Gene Pool admits that the ’120 application was published before the filing of the ’751 patent. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

68. Admitted.

69. Admitted.

70. Gene Pool admits that the ’120 application does not appear on the list of references considered by the Examiner. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

71. Denied.

72. Denied.

73. Denied.

74. Admitted.

75. Gene Pool admits that the ’154 application was published before the filing of the ’751 patent. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

76. Admitted.

77. Admitted.

78. Gene Pool admits that the ’154 application does not appear on the list of references considered by the Examiner. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

79. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

80. Denied.

81. Denied.

82. Denied.

83. Denied.

84. Admitted.

85. Gene Pool admits that the ’528 patent was issued before the filing of the ’751 patent. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

86. Admitted.

87. Admitted.

88. Gene Pool admits that the ’528 patent does not appear on the list of references considered by the Examiner. Gene Pool lacks knowledge or information

sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

89. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

90. Denied.

91. Denied.

92. Denied.

93. Denied.

94. Denied.

95. Denied.

**THIRD CAUSE OF ACTION**

**Declaratory Judgment of Non-Infringement of the ’532 Patent**

96. Gene Pool repeats and realleges each and every response to the allegations of the preceding paragraphs as though fully set forth herein.

97. Admitted.

98. Gene Pool admits that its Complaint details Coastal Harvest’s infringement of exemplary claims 14 and 15 of the ’532 patent. Gene Pool denies any other allegation of this paragraph.

99. Gene Pool admits that its Complaint details Coastal Harvest’s infringement of the ’532 patent through its use of ExtractionTek’s MeP 30 system. Gene Pool denies any other allegation of this paragraph.

100. Admitted.

101. Denied.

102. Denied.

103. Denied.

104. Gene Pool admits that Paragraph 30 of its Complaint conditionally asserts the doctrine of equivalents with respect to the ’532 patent.

105. Admitted.

106. Gene Pool admits that the quoted language was added during prosecution to claim 17 of the application that matured into the ’532 patent. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

107. Gene Pool admits that the quoted language was added during prosecution to claim 17 of the application that matured into the ’532 patent. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

108. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

109. Admitted.

110. Denied.

## FOURTH CAUSE OF ACTION

## Declaratory Judgment of Invalidity of the ’532 Patent

111. Gene Pool repeats and realleges each and every response to the allegations of the preceding paragraphs as though fully set forth herein.

112. Admitted.

113. Gene Pool admits that the ’303 application was filed before the application that issued as the ’532 patent. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

114. Admitted.

115. Admitted.

116. Gene Pool admits that the ’303 application does not appear on the list of references considered by the Examiner. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

117. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

118. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

119. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

120. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

121. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

122. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

123. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

124. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

125. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

126. Denied.

127. Denied.

128. Gene Pool admits that the ’120 application was filed before the application that issued as the ’532 patent. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

129. Admitted.

130. Admitted.

131. Gene Pool admits that the ’120 application does not appear on the list of references considered by the Examiner. Gene Pool lacks knowledge or

information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

132. Denied.

133. Denied.

134. Denied.

135. Gene Pool admits that the ’135 application was filed before the application that issued as the ’532 patent. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

136. Admitted.

137. Admitted.

138. Gene Pool admits that the ’135 application does not appear on the list of references considered by the Examiner. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

139. Denied.

140. Denied.

141. Denied.

142. Denied.

143. Gene Pool admits that the ’528 patent was issued before the application that issued as the ’532 patent. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

144. Admitted.

145. Admitted.

146. Gene Pool admits that the ’528 patent does not appear on the list of references considered by the Examiner. Gene Pool lacks knowledge or information

sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

147. Denied.

148. Denied.

149. Denied.

150. Denied.

151. Denied.

152. Denied.

## FIFTH CAUSE OF ACTION

### Declaratory Judgment of Non-Infringement of the ’203 Patent

153. Gene Pool repeats and realleges each and every response to the allegations of the preceding paragraphs as though fully set forth herein.

154. Admitted.

155. Gene Pool admits that its Complaint details Coastal Harvest’s infringement of exemplary claims 1, 9, and 10 of the ’203 patent. Gene Pool denies any other allegation of this paragraph.

156. Gene Pool admits that its Complaint details Coastal Harvest’s infringement of the ’203 patent through its use of ExtractionTek’s MeP 30 system. Gene Pool denies any other allegation of this paragraph.

157. Admitted.

158. Denied.

159. Denied.

160. Admitted.

161. Admitted.

162. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

163. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

164. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

165. Denied.

166. Denied.

167. Gene Pool admits that Paragraph 41 of its Complaint conditionally asserts the doctrine of equivalents with respect to the ’203 patent.

168. Admitted.

169. Gene Pool admits that claim 1 of the application that matured into the ’532 patent was amended during prosecution. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

170. Gene Pool admits that claim 1 of the application that matured into the ’532 patent was amended during prosecution. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

171. Admitted.

172. Admitted.

173. Denied.

## SIXTH CAUSE OF ACTION

## Declaratory Judgment of Invalidity of the ’203 Patent

174. Gene Pool repeats and realleges each and every response to the allegations of the preceding paragraphs as though fully set forth herein.

175. Denied.

176. Denied.

177. Admitted.

178. Admitted.

179. Gene Pool admits that the ’225 application was filed before the application that issued as the ’203 patent. Gene Pool lacks knowledge or

information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

180. Admitted.

181. Admitted.

182. Gene Pool admits that the '225 application does not appear on the list of references considered by the Examiner. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

183. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

184. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

185. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

186. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

187. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

188. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

189. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

190. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

191. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

192. Denied.

193. Denied.

194. Gene Pool admits that the ’120 application was filed before the application that issued as the ’203 patent. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

195. Admitted.

196. Admitted.

197. Gene Pool admits that the ’120 application does not appear on the list of references considered by the Examiner. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

198. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

199. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

200. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

201. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

202. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

203. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

204. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

205. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

206. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

207. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

208. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

209. Denied.

210. Denied.

211. Admitted.

212. Gene Pool admits that the ’225 application was filed before the application that issued as the ’203 patent. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

213. Admitted.

214. Admitted.

215. Gene Pool admits that the ’225 application does not appear on the list of references considered by the Examiner. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

216. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

217. Denied.

218. Denied.

219. Denied.

220. Gene Pool admits that the ’154 application was filed before the application that issued as the ’203 patent. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

221. Admitted.

222. Admitted.

223. Gene Pool admits that the '154 application does not appear on the list of references considered by the Examiner. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

224. Denied.

225. Denied.

226. Denied.

227. Denied.

228. Denied.

229. Denied.

230. Gene Pool admits that the '528 patent was issued before the application that issued as the '203 patent. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

231. Admitted.

232. Admitted.

233. Gene Pool admits that the '528 patent does not appear on the list of references considered by the Examiner. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

234. Denied.

235. Denied.

236. Denied.

237. Denied.

238. Denied.

239. Denied.

240. Denied.

241. Denied.

242. Denied.

**SEVENTH CAUSE OF ACTION**

**Declaratory Judgment of Unenforceability of the '203 Patent**

243. Gene Pool repeats and realleges each and every response to the allegations of the preceding paragraphs as though fully set forth herein.

244. Admitted.

245. Admitted.

246. Admitted.

247. Gene Pool admits that Joseph Mohr and Michael Burleigh of Mohr Intellectual Property Law Solutions, PC both appear in the prosecution for the '333 patent. Gene Pool denies any other allegation of this paragraph.

248. Gene Pool admits that Joseph Mohr of Mohr Intellectual Property Law Solutions, PC appears in the prosecution for the '203 patent. Gene Pool denies any other allegation of this paragraph.

249. Gene Pool admits that Joseph Mohr appears in the prosecutions for both the '333 patent and the '203 patent. Gene Pool denies any other allegation of this paragraph.

250. Admitted.

251. Admitted.

252. Admitted.

253. Admitted.

254. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

255. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

256. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

257. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

258. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

259. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

260. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

261. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

262. Gene Pool admits that Michael Burleigh is the signatory on a response to the Patent Examiner of the ’333 patent that references the ’120 application before the ’203 patent issued. Gene Pool denies any other allegation of this paragraph.

263. Denied.

264. Gene Pool admits that Michael Burleigh is the signatory on a response to the Patent Examiner of the ’333 patent that references the ’120 application before the ’203 patent issued. Gene Pool denies any other allegation of this paragraph.

265. Admitted.

266. Denied.

267. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

268. Denied.

269. Denied.

270. Denied.

271. Denied.

272. Gene Pool admits that the ’120 application was not cited to the United States Patent Office in the application that matured into the ’203 patent. Gene Pool denies any other allegation of this paragraph.

273. Denied.

274. Denied.

275. Denied.

276. Denied.

277. Denied.

278. Denied.

279. Denied.

280. Denied.

281. Admitted.

282. Admitted.

283. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

284. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

285. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

286. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

287. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

288. Gene Pool admits that Michael Burleigh is the signatory on a response to the Patent Examiner of the ’333 patent that references the ’225 application before the ’203 patent issued. Gene Pool denies any other allegation of this paragraph.

289. Gene Pool admits that Michael Burleigh is the signatory on a response to the Patent Examiner of the ’333 patent that references the ’225 application before the ’203 patent issued. Gene Pool denies any other allegation of this paragraph.

290. Denied.

291. Gene Pool admits that Michael Burleigh is the signatory on a response to the Patent Examiner of the ’333 patent that references the ’225 application before the ’203 patent issued. Gene Pool denies any other allegation of this paragraph.

292. Admitted.

293. Denied.

294. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

295. Denied.

296. Denied.

297. Denied.

298. Denied.

299. Gene Pool admits that the ’225 application was not cited to the United States Patent Office in the application that matured into the ’203 patent. Gene Pool denies any other allegation of this paragraph.

300. Denied.

301. Denied.

302. Denied.

303. Denied.

304. Denied.

305. Denied.

306. Denied.

307. Denied.

308. Denied.

309. Admitted.

310. Admitted.

311. Admitted.

312. Gene Pool admits that neither the ’120 application nor the ’225 application appear on the list of references considered by the Examiner. Gene Pool

lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

313. Admitted.

314. Admitted.

315. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

316. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

317. Admitted.

318. Admitted.

319. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

320. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and therefore denies them.

321. Gene Pool admits that Joseph Mohr is the signatory on the August 25, 2015 application data sheet for the application that matured into the ’203 patent. Gene Pool admits that Joseph Mohr is the signatory on the January 24, 2017 issue fee payment form for the application that matured into the ’203 patent. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

322. Gene Pool admits that Joseph Mohr is the signatory on the August 25, 2015 application data sheet for the application that matured into the ’203 patent. Gene Pool admits that Joseph Mohr is the signatory on the January 24, 2017 issue fee payment form for the application that matured into the ’203 patent. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

323. Gene Pool admits that Joseph Mohr is the signatory on the August 25, 2015 application data sheet for the application that matured into the ’333 patent.

Gene Pool admits that Joseph Mohr is the signatory on the May 15, 2017 issue fee payment form for the application that matured into the ’333 patent. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

324. Gene Pool admits that Joseph Mohr is the signatory on the August 25, 2015 application data sheet for the application that matured into the ’333 patent. Gene Pool admits that Joseph Mohr is the signatory on the May 15, 2017 issue fee payment form for the application that matured into the ’333 patent. Gene Pool lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph and therefore denies them.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests the following relief:

a. Judgement in favor of Plaintiff and against Defendant on all counterclaims asserted by Defendant;
b. For an award of reasonably attorneys’ fees and expenses against Defendant pursuant to 35 U.S. C. § 285 or otherwise;
c. For Plaintiff’s costs of suit against Defendant; and
d. Such other and further relief as the Court may deem to be just and proper.

**DEMAND FOR A JURY TRIAL**

Gene Pool demands a jury trial for all causes of action, claims, or issues in this action that are triable as a matter of right to a jury.

Dated: January 14, 2022

Respectfully submitted,

**SPEARHEAD LEGAL LLP**
Ryan R. Owens
Kristopher M. Dawes
Andrew J. Fossum

By: /s/ Ryan R. Owens______________
Attorneys for Plaintiff GENE POOL TECHNOLOGIES, INC.