1  Timothy L. Alger (Cal. Bar No. 160303)
2  EMERGE LAW GROUP
   100 Spectrum Center Drive, Suite 900
3  Irvine, California 92618
4  Telephone: 949-936-2610
   tim@emergelawgroup.com
5

6  James R. Gourley (TX Bar No. 24050679 (Admitted Pro Hac Vice))
   CARSTENS & CAHOON LLP
7  13760 Noel Rd., Suite 900
8  Dallas, Texas 75240
   Telephone: 972-367-2001
9  gourley@cclaw.com

10
   Attorneys for Defendants
11 COASTAL HARVEST, LLC and
12 ANM, INC.

13 | UNITED STATES DISTRICT COURT
14 | CENTRAL DISTRICT OF CALIFORNIA
15 | SOUTHERN DIVISION

| | |
|---|---|
| GENE POOL TECHNOLOGIES, INC., | Case No.: 5:21-cv-01328-JWH-SHK<br>Consolidated with 2:21-cv-08756 |
| Plaintiff,<br>v.<br>COASTAL HARVEST, LLC,<br>Defendant. | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS BASED ON THE ILLEGALITY DOCTRINE**<br><br>Hon. Judge W. Holcomb |
| AND CONSOLIDATED MATTERS | Hearing:<br>Date: October 7, 2022<br>Time: 9:00 a.m.<br>Ctrm: 9D, 9th Floor |

**TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on October 7, 2022 at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 9D of the United States District Court for the Central District of California, located at 411 W. 4th Street, Santa Ana, California 92701, Defendants will and hereby do move the Court to dismiss this action based on lack of subject-matter jurisdiction under Fed. R. Civ. P. 12(b)(1) and 12(h)(3) for lack of subject matter jurisdiction, and Rules 12(c) and 12(b)(6) for failure to state a claim upon which relief can be granted. Plaintiff lacks standing to pursue this action because the Court is not empowered to provide Gene Pool with the remedies it seeks from Defendants.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on August 24, 2022.

This Motion is based on this Notice of Motion and Motion; Defendants' Supporting Memorandum of Points and Authorities; the concurrently lodged [Proposed] Order Granting Defendants' Motion; the files and records in this action; and any such additional argument or materials as may be submitted to the Court before the time of the decision in this matter.

DATED: August 31, 2022                     EMERGE LAW GROUP

By:/s/ *Timothy L. Alger*
　　Timothy L. Alger
　　EMERGE LAW GROUP
　　100 Spectrum Center Drive, Suite 900
　　Irvine, California 92618

　　James R. Gourley
　　CARSTENS & CAHOON LLP
　　13760 Noel Rd., Suite 900
　　Dallas, Texas 75240