| | |
|---|---|
| 1 | Timothy L. Alger (Cal. Bar No. 160303) |
| 2 | EMERGE LAW GROUP |
|   | 100 Spectrum Center Drive, Suite 900 |
| 3 | Irvine, California 92618 |
| 4 | Telephone: 949-936-2610 |
|   | tim@emergelawgroup.com |
| 5 | |
| 6 | James R. Gourley (TX Bar No. 24050679 (Admitted Pro Hac Vice)) |
|   | CARSTENS & CAHOON LLP |
| 7 | 13760 Noel Rd., Suite 900 |
| 8 | Dallas, Texas 75240 |
|   | Telephone: 972-367-2001 |
| 9 | gourley@cclaw.com |
| 10 | |
|    | Attorneys for Defendants |
| 11 | COASTAL HARVEST, LLC and |
| 12 | ANM, INC. |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| GENE POOL TECHNOLOGIES, INC., | Case No.: 5:21-cv-01328-JWH-SHK |
|  | Consolidated with 2:21-cv-08756 |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| COASTAL HARVEST, LLC, | |
| Defendant. | |
| AND CONSOLIDATED MATTERS | |

BEFORE THE COURT is Defendants Coastal Harvest, LLC and ANM, Inc.'s Motion to Dismiss ("Motion"). The Court, having reviewed Defendant's Motion, its supporting papers, and Plaintiff's submissions to the Court in opposition to the Motion, as well as the arguments of counsel and those matters of which the Court may take judicial notice, hereby finds that the Court lacks subject matter jurisdiction over this action and that Plaintiff fails to state a claim upon which relief may be granted.

ACCORDINGLY, IT IS ORDERED:

Defendant's Motion to Dismiss is GRANTED with prejudice.

**IT IS SO ORDERED.**

DATED: _____        _____

Hon. John W. Holcomb

UNITED STATES DISTRICT JUDGE