UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:21-cv-01328-JWH-SHK                                                    Date: September 6, 2022

Title   **_Gene Pool Technologies, Inc. v. Coastal Harvest, LLC_**

Present: The Honorable:   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | CS/RS |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Ryan Owens | James Gourley |

**Proceedings:**   ORDER RE: INFORMAL DISCOVERY DISPUTE

At the request of the parties, the Court held an informal discovery dispute conference regarding the scheduling of depositions. Attorney Ryan Owens was present for Plaintiffs and attorney James Gourley appeared for Defendant. As stated on the record, the depositions of Aaron Downes and Kiran Sidhu will go forward on October 10, 2022, and October 11, 2022, with the parties to agree upon the specific dates for each deponent. Defendant is to provide the necessary assurances to Plaintiff by no later than noon on September 8, 2022 that these depositions will proceed on such dates by Zoom. If such confirmation is not provided, the depositions will go forward on the previously noticed dates.

**IT IS SO ORDERED**

|  | :48 |
|---|---|
| **Initials of Preparer** | DC |