UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 21-01328-JWH(SHKx) | Date | November 22, 2022 |
| Title | *Gene Pool Technologies, Inc. v. Costal Harvest, LLC* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Deborah Lewman | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Ryan R. Owens | Timothy L. Alger |
| | James R. Gourley |

**Proceedings:**   **HEARING RE DEFENDANT'S RENEWED MOTION TO STAY CASE PENDING INTER PARTIES REVIEW [66]; DEFENDANT'S MOTION TO DISMISS CASE BASED ON THE ILLEGALITY DOCTRINE [76]; SCHEDULING CONFERENCE**

Counsel state their appearances. The Court confers with counsel and hears oral argument.

Defendant Costal Harvest, LLC's Renewed Motion to Stay Case Pending Inter Parties Review [ECF No. 66] is **DENIED**, for the reasons stated on the record.

Defendant Costal Harvest, LLC's Motion to Dismiss Case Based on the Illegality Doctrine [ECF No. 76] is **DENIED**, for the reasons stated on the record.

The Court sets a trial schedule. The Court will issue a separate trial scheduling order.

The Court will issue its Revised Standing Order.

**IT IS SO ORDERED.**

Time:  00:44
Initials of Preparer: djl