Timothy Alger
Cal. Bar No. 160303
EMERGE LAW GROUP, P.C.
100 Spectrum Center Drive, Suite 900
Irvine, CA 92618
949-936-2610
tim@emergelawgroup.com

James R. Gourley (Admitted Pro Hac Vice)
TX Bar No. 24050679
Carstens, Allen & Gourley, LLP
7500 Dallas Pkwy, Suite 300
Plano, TX
972-367-2001
gourley@caglaw.com

Attorneys for Defendants
COASTAL HARVEST, LLC and
ANM, INC.

[*Counsel for Plaintiff listed on signature block*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE POOL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> COASTAL HARVEST, LLC, <br><br> Defendant. | **Case No. 5:21-cv-01328-JWH-SHK** <br><br> **JOINT STIPULATION MODIFYING SCHEDULING ORDER** |

JOINT STIPULATION MODIFYING SCHEDULING ORDER

This joint stipulation respectfully requests a Court order modifying the Scheduling Order (Dkt. No. 94)—as modified by Dkt. Nos. 104, 106, 108, 115, 118, and 122—to extend the Dispositive Motion Hearing Cut-Off by two business days, to August 15, 2023. Defendants request this extension of the Dispositive Motion Hearing Cut-Off to allow additional time to prepare their Joint Statements of Fact and Exhibits. Gene Pool agrees to the extension but notes that it is needed because of significant issues with Defendants' Joint Statement not Gene Pool's. Good cause for this extension exists to ensure that the thoroughness of the meet and confer required to complete these documents is met so that the Joint Statement is not returned to Defendants, thereby conserving judicial and party resources. Given that the reason for the extension is completion of the Joint Statements related solely to the initial motion filing deadline, the parties are not currently requesting extensions of any subsequent deadlines in the schedule.

| Event | Current Date | Stipulated Date |
|---|---|---|
| Dispositive Motion Hearing Cut-Off: | 8/11/2023 | 8/15/2023 |

Accordingly, the parties request that the Court issue the attached Proposed Order extending the Dispositive Motion Hearing Cut-Off to August 15, 2023.

Dated: August 10, 2023               Respectfully submitted,

**SPEARHEAD LEGAL LLP**
Ryan R. Owens
Kristopher M. Dawes
Andrew J. Fossum

By:  /s/ Ryan R. Owens

1

|   |   |   |
|---|---|---|
|   |   | Attorneys for Plaintiff GENE POOL TECHNOLOGIES, INC. |
| Dated: August 10, 2023 |   | Respectfully submitted, |
|   |   | Timothy L. Alger (Cal. Bar No. 160303)<br>tim@emergelawgroup.com<br>**EMERGE LAW GROUP**<br>100 Spectrum Center Drive, Suite 900<br>Irvine, CA 92618<br>Tel: 949-936-2610 |
|   |   | James R. Gourley (*pro hac vice*)<br>**CARTSTENS, ALLLEN & GOURLEY LLP**<br>13760 Noel Rd., Suite 900<br>Tel: 972-367-2001 |
|   | By: | /s/ James R. Gourley<br>Attorneys for Defendants COASTAL HARVEST, LLC and ANM, INC. |

2

JOINT STIPULATION MODIFYING SCHEDULING ORDER

## FILER'S ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), the undersigned attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 10, 2023
/s/ James R. Gourley
Attorney for Defendant

JOINT STIPULATION MODIFYING SCHEDULING ORDER