Timothy Alger
Cal. Bar No. 160303
EMERGE LAW GROUP, P.C.
100 Spectrum Center Drive, Suite 900
Irvine, CA 92618
949-936-2610
tim@emergelawgroup.com

James R. Gourley (Admitted Pro Hac Vice)
TX Bar No. 24050679
Carstens, Allen & Gourley, LLP
7500 Dallas Pkwy, Suite 300
Plano, TX
972-367-2001
gourley@caglaw.com

Attorneys for Defendants
COASTAL HARVEST, LLC and
ANM, INC.

[*Counsel for Plaintiff listed on signature block*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENE POOL TECHNOLOGIES, INC., <br><br>Plaintiff, <br><br>v. <br><br>COASTAL HARVEST, LLC, <br><br>Defendant. | **Case No. 5:21-cv-01328-JWH-SHK** <br><br> **JOINT STIPULATION MODIFYING SCHEDULING ORDER** |

This joint stipulation respectfully requests a Court order modifying the Scheduling Order (Dkt. No. 94)—as modified by Dkt. Nos. 104, 106, 108, 115, 118, 122, and 127—to extend the Dispositive Motion Hearing Cut-Off by three business days, to August 18, 2023. The parties are in the final stages of ironing out the statements of fact to drill down to the narrowest possible disputes for the Court to decide. The parties are also discussing whether the asserted claims of the '203 Patent that were invalidated during Inter Partes Review can be dropped from this case to simplify the issues to be decided on summary judgment. Good cause for this extension exists to ensure that the thoroughness of the meet and confer required to complete these documents, as well as potential simplification of issues, thereby conserving judicial and party resources. Given that the reason for the extension is completion of the Joint Statements related solely to the initial motion filing deadline, the parties are not currently requesting extensions of any subsequent deadlines in the schedule.

| Event | Current Date | Stipulated Date |
|---|---|---|
| Dispositive Motion Hearing Cut-Off: | 8/15/2023 | 8/18/2023 |

Accordingly, the parties request that the Court issue the attached Proposed Order extending the Dispositive Motion Hearing Cut-Off to August 18, 2023.

Dated: August 15, 2023                    Respectfully submitted,

**SPEARHEAD LEGAL LLP**
Ryan R. Owens
Kristopher M. Dawes
Andrew J. Fossum

1

|   |   |   |   |
|---|---|---|---|
| | | By: | /s/ Ryan R. Owens |
| | | | Attorneys for Plaintiff GENE POOL TECHNOLOGIES, INC. |

Dated: August 15, 2023          Respectfully submitted,

Timothy L. Alger (Cal. Bar No. 160303)
tim@emergelawgroup.com
**EMERGE LAW GROUP**
100 Spectrum Center Drive, Suite 900
Irvine, CA 92618
Tel: 949-936-2610

James R. Gourley (*pro hac vice*)
**CARTSTENS, ALLLEN & GOURLEY LLP**
13760 Noel Rd., Suite 900
Tel: 972-367-2001

/s/ James R. Gourley
Attorneys for Defendants COASTAL
By:   HARVEST, LLC and ANM, INC.

2

JOINT STIPULATION MODIFYING SCHEDULING ORDER

**FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), the undersigned attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 15, 2023    /s/ James R. Gourley
                          Attorney for Defendant

3

JOINT STIPULATION MODIFYING SCHEDULING ORDER