1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SPEARHEAD LEGAL LLP
Ryan R. Owens (Bar No. 269370)
ryan.owens@spearheadlegal.com
Kristopher M. Dawes (Bar No. 261170)
kris.dawes@spearheadlegal.com
Andrew J. Fossum (Bar No. 250373)
andrew.fossum@spearheadlegal.com
620 Newport Center Dr., Suite 1100
Newport Beach, CA 92660
Telephone: (949) 409-8401
Facsimile: (949) 336-3830

Attorneys for Plaintiff,
GENE POOL TECHNOLOGIES, INC.

[*Counsel for Defendant listed on signature block*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE POOL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> COASTAL HARVEST, LLC, <br><br> Defendant. <br><br> _____ <br><br> And Consolidated Matters | Case Nos.: <br> 5:21-cv-01328-JWH-SHK (Lead Case); <br> 2:21-cv-08756-JWH-SHK (Member Case) <br><br> **JOINT STIPULATION AND MOTION TO EXTEND TRIAL DATE AND OTHER DEADLINES** |

JOINT STIP. AND MOT. TO EXTEND TRIAL DATE AND OTHER DEADLINES

1    This joint stipulation respectfully requests a Court order modifying the

2    Scheduling Order (Dkt. No. 94)—as modified by subsequent stipulations—to

3    extend all remaining dates, including dispositive motion deadlines and the trial

4    date by approximately two to three months, depending on the event. discovery

5    deadlines by one week and dispositive motion deadlines by two weeks.

6    Good cause for modifying the scheduling order exists because it would

7    allow the parties to further streamline the litigation and ensure that the

8    parties and the Court have the Final Written Decisions in the *inter partes*

9    reviews ("IPRs") related to asserted patents 9,145,532 ("the '532 Patent") and

10   9,144,751 ("the '751 Patent") before filing dispositive motions and conducting

11   trial. Last month, the parties filed stipulations related to counterclaims and

12   infringement with the Court that significantly focused this litigation. (Dkt. Nos.

13   119 & 121.) Consistent with that effort, the parties propose that an extension

14   of remaining deadlines and the trial will allow for further simplification of

15   issues and avoidance of inconsistent rulings.

16   Under the current schedule, the Final Written Decisions in the '532 and

17   '751 IPRs are likely to issue shortly before or during the trial scheduled to

18   begin on October 23, 2023, and well after dispositive motions involving these

19   patents will have been briefed and heard. The recently issued Final Written

20   Decision in IPR2022-00625 on U.S. Patent No. 9,587,203 ("the '203 IPR

21   Decision") has assisted the parties in focusing issues in this litigation. For

22   example, the '203 IPR Decision found two of the seven asserted '203 Patent

23   claims patentable and the other five unpatentable. The '203 IPR Decision also

24   includes findings related to Defendants' invalidity positions and Gene Pool's

25   opposition to these positions. Given last month's stipulations, the parties

26   propose that extending the dispositive motion deadlines and trial until after

27   the Final Written Decisions on the '532 and '751 Patents have issued will allow

28   the parties to account for these decisions in their dispositive motions and trial

1

preparation as well as allow the Court to consider these decisions when ruling on dispositive motions.

| Event | Current Date | Stipulated Date |
|---|---|---|
| Dispositive Motion Hearing Cut-Off: | 8/18/2023 | 10/27/2023 |
| Deadline for Responses to Dispositive Motions | 8/25/2023 | 11/17/2023 |
| Deadline for Replies ISO Dispositive Motions | 9/1/2023 | 11/24/2023 |
| Hearing on Dispositive Motions: | 9/15/2023 | 12/1/2023 |
| Deadline for Hearing on In Limine Motions | 9/29/2023 | 1/5/2024 or Court's Discretion |
| Final Pretrial Conference | 10/6/2023 | 1/12/2024 or Court's Discretion |
| Jury Trial | 10/23/2023 | 1/29/2024 or Court's Discretion |

Accordingly, the parties request that the Court issue the attached Proposed Order extending remaining case deadlines.

Dated: August 18, 2023                    Respectfully submitted,

                                          **SPEARHEAD LEGAL LLP**
                                          Ryan R. Owens
                                          Kristopher M. Dawes
                                          Andrew J. Fossum


                                   By:   /s/ Ryan R. Owens_____
                                          Attorneys for Plaintiff GENE POOL
                                          TECHNOLOGIES, INC.

2

JOINT STIP. AND MOT. TO EXTEND TRIAL DATE AND OTHER DEADLINES

1

Dated: August 18, 2023                        Respectfully submitted,

2

3                                             Timothy L. Alger (Cal. Bar No.
                                              160303)
4                                             tim@emergelawgroup.com
                                              **EMERGE LAW GROUP**
5                                             100 Spectrum Center Drive, Suite 900
                                              Irvine, CA 92618
6
                                              Tel: 949-936-2610
7

8                                             James R. Gourley (*pro hac vice*)
                                              **CARTSTENS, ALLLEN &**
9                                             **GOURLEY LLP**
                                              13760 Noel Rd., Suite 900
10                                            Tel: 972-367-2001
11

12                                            /s/ James R. Gourley
                                              Attorneys for Defendants COASTAL
13                                    By:     HARVEST, LLC and ANM, INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

JOINT STIP. AND MOT. TO EXTEND TRIAL DATE AND OTHER DEADLINES

## FILER'S ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), the undersigned attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 18, 2023          /s/ Ryan R. Owens_____
                                Attorney for Plaintiff

4