UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:21-cv-01328-JWH-SHK | Date | September 11, 2023 |
| Title | Gene Pool Technologies, Inc. v. Coastal Harvest, LLC, et al. | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Erica Bustos for Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [ECF No. 124]**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion to Exclude [ECF No. 111] filed by Defendants Coastal Harvest, LLC and ANM, Inc. (the "MTE"), all MTE-related briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge (the "R&R") [ECF No. 124]. No party has objected to the R&R. The Court hereby **ACCEPTS** the findings and recommendation of the Magistrate Judge.

It is therefore **ORDERED** as follows:

1. Defendants' MTE is **DENIED**.

2. Plaintiff Gene Pool Technologies, Inc. is **DIRECTED** to pay Defendants' reasonable attorneys' fees and expenses incurred in the course of bringing the MTE. The parties are **DIRECTED** to comply with the procedures for liquidating those sums set forth in the R&R, at 22 n.4.

**IT IS SO ORDERED.**