SPEARHEAD LEGAL LLP
Ryan R. Owens (Bar No. 269370)
ryan.owens@spearheadlegal.com
Kristopher M. Dawes (Bar No. 261170)
kris.dawes@spearheadlegal.com
Andrew J. Fossum (Bar No. 250373)
andrew.fossum@spearheadlegal.com
620 Newport Center Dr., Suite 1100
Newport Beach, CA 92660
Telephone: (949) 409-8401
Facsimile: (949) 336-3830

Attorneys for Plaintiff,
GENE POOL TECHNOLOGIES, INC.

[*Counsel for Defendant listed on signature block*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENE POOL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> COASTAL HARVEST, LLC, <br><br> Defendant. | Case No. 5:21-cv-01328-JWH-SHK <br><br> **JOINT STIPULATION TO DISMISS CERTAIN CLAIMS AND AFFIRMATIVE DEFENSE** |

1  Pursuant to Federal Rule of Civil Procedure Rules 41(a)(1)(A)(ii) and 41(c), Plaintiff Gene Pool Technologies, Inc. ("Gene Pool") and Defendants Coastal Harvest, LLC ("Coastal Harvest") and ANM, Inc. ("ANM") (collectively, "Defendants"), by and through their respective counsel, and subject to this Court's approval, hereby stipulate and agree as follows:

1. Based on Gene Pool's previous stipulation that Defendants did not infringe any asserted claim of U.S. Patent Nos. 9,604,155 and 9,757,664, Gene Pool hereby Dismisses With Prejudice its claims for patent infringement of all asserted claims of U.S. Patent Nos. 9,604,155 and 9,757,664. Good cause supports this stipulated dismissal, which simplifies the case by reducing the number of claims at issue in this case.

2. Gene Pool hereby Dismisses With Prejudice its asserted claims for patent infringement for claims 1, 7, 9, 10, and 13 of U.S. Patent No. 9,587,203 ("the '203 Patent").  On July 26, 2023, the PTAB issued its final written decision in IPR2022-00625, finding that claims 1 and 7-17 of the '203 Patent were unpatentable.  Of the '203 Patent claims asserted in this case, claims 2 and 18 were not found unpatentable. The appeals period has run, and no party to the '203 Patent appealed.  Good cause supports this stipulated dismissal, which simplifies the case by reducing the number of claims at issue in this case.

3. On October 23, 2023, the PTAB issued its final written decisions in IPR2022-00832 with regard to asserted U.S. Patent No. 9,145,532 ("the '532 Patent") and in IPR2022-01011 with regard to asserted U.S. Patent No. 9,144,751 ("the '751 Patent"). All asserted claims of the '532 Patent and '751 Patent were not found unpatentable by the PTAB. Thus, the remaining asserted claims in this case are (1) claims 2 and 18 of the '203 Patent; (2) claims 9, 14, and 15 of the '532 Patent; and (3) claims 13, 14, 17, 18, and 20 of the '751 Patent.

Case 5:21-cv-01328-JWH-SHK   Document 134   Filed 11/10/23   Page 3 of 5   Page ID #:2790

4. Defendants hereby Dismiss Without Prejudice portions of their Sixth Defense – Limitation on Damages and Costs. Specifically, Defendants Dismiss Without Prejudice their Defense that Plaintiff's claim for damages is statutorily limited by 35 U.S.C. §286 for all remaining asserted claims

These stipulations do not resolve any disputed issue regarding any claim of the patents-in-suit other than the claims expressly identified.

Dated: November 10, 2023                    Respectfully submitted,

**SPEARHEAD LEGAL LLP**
Ryan R. Owens
Kristopher M. Dawes
Andrew J. Fossum

By:  /s/ Ryan R. Owens
Attorneys for Plaintiff GENE POOL TECHNOLOGIES, INC.

Dated: November 10, 2023                    Respectfully submitted,

Timothy L. Alger (Cal. Bar No. 160303)
tim@emergelawgroup.com
**EMERGE LAW GROUP**
100 Spectrum Center Drive, Suite 900
Irvine, CA 92618
Tel: 949-936-2610

James R. Gourley (*pro hac vice*)
**CARTSTENS, ALLLEN & GOURLEY LLP**
13760 Noel Rd., Suite 900
Tel: 972-367-2001

2

JOINT STIP. TO DISMISS CLAIMS AND AFFIRMATIVE DEFENSE

By: /s/ James R. Gourley
Attorneys for Defendants COASTAL HARVEST, LLC and ANM, INC.

3

JOINT STIP. TO DISMISS CLAIMS AND AFFIRMATIVE DEFENSE

**FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), the undersigned attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 10, 2023          /s/ Ryan R. Owens
                                  Attorney for Plaintiff