JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE POOL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> COASTAL HARVEST, LLC., <br><br> Defendant. | Case No. 5:21-cv-01328-JWH-SHK (Lead Case); <br> Case No. 2:21-cv-08756-JWH-SHK (Member Case) <br><br> **JUDGMENT** |
| COASTAL HARVEST, LLC., <br><br> Counterclaimant, <br><br> v. <br><br> GENE POOL TECHNOLOGIES, INC., <br><br> Counterdefendant. | |
| GENE POOL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANM, INC., <br><br> Defendant. | |

1 | ANM, INC.,
2 |     Counterclaimant,
3 |   v.
4 | GENE POOL TECHNOLOGIES, INC.,
5 |     Counterdefendant.

Pursuant to the "Order Granting Gene Pool's Motion for Default Judgment [ECF No. 179]" entered substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned consolidated action pursuant to 28 U.S.C. §§ 1331 & 1338(a).

2. Plaintiff Gene Pool Technologies shall have **JUDGMENT** in its **FAVOR,** and **AGAINST** Defendant Coastal Harvest, LLC, in the amount of $836,330.42.

3. Plaintiff Gene Pool Technologies shall have **JUDGMENT** in its **FAVOR,** and **AGAINST** Defendant ANM, Inc., in the amount of $2,042,469.63.

4. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: August 18, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-3-